UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
T.S infant by his Father and Natural Guardian THOMAS
JOHN STRINGER and THOMAS JOHN STRINGER,     Civil Action No. 23-CV-3217
Individually

                                      *Plaintiffs*,     **~~(PROPOSED)~~**
      -against-                                 **INFANT COMPROMISE ORDER**

BAY SHORE UNION FREE SCHOOL DISTRICT and
JENNIFER INGOLD

                                      *Defendants*.
-------------------------------------------------------------------X

       Upon the application of T.S infant by his Father and Natural Guardian THOMAS JOHN STRINGER sworn to on 9th day of June, 2025 and the supporting Declaration of Tracey L. Brown, Esq. of The Cochran Firm, attorneys for the Plaintiffs, dated 9th day of June, 2024 and it appearing that the infant Plaintiff is now 17 years old, (a copy of T.S.'s birth certificate is attached as **Exhibit 1 to the Declaration of Tracey L. Brown, Esq.**); and the Court having examined the parent and ~~the infant on~~ _reviewed his declaration_ _____, and it appearing to the satisfaction of this Court that the best interests of the infant Plaintiff will be served and upon all of the papers, pleadings, and proceedings heretofore had herein,

       NOW, on motion of THE COCHRAN FIRM, attorneys for the Plaintiff, T.S infant by his Father and Natural Guardian THOMAS JOHN STRINGER, it is hereby

       **ORDERED,** that the underlying action on behalf of the infant Plaintiff, T.S. against Defendants BAY SHORE UNION FREE SCHOOL DISTRICT and JENNIFER INGOLD, is settled for the total sum of THIRTY THOUSAND DOLLARS and ZERO CENTS ($30,000.00), and it is further

       **ORDERED,** that the settlement proceeds shall be paid and allocated as follows:

  a.  To the cause of actions for T.S. for his injuries, the sum of TWENTY-TWO THOUSAND FIVE HUNDRED DOLLARS and ZERO CENTS ($22,500.00) to be held in trust by Thomas John Stringer and an officer of Webster Bank in a custodial account for the benefit of T.S. until he reaches the age of 18;

  b.  To The Cochran Firm ("TCF") for attorney's fee in the sum of SEVEN THOUSAND, FIVE HUNDRED DOLLARS and ZERO CENTS ($7,500.00) inclusive of disbursements; and it is further

**ORDERED,** that THOMAS STRINGER as parent of T.S., be and he is hereby authorized, empowered and permitted to enter into a compromise and settlement of the claim for his son's injuries and their causes of action in the amount of THIRTY-THOUSAND DOLLARS and ZERO CENTS ($30,000.00) to be paid by Defendant BAY SHORE UNION FREE SCHOOL DISTRICT AND JENNIFER INGOLD, and it is further

**ORDERED**, that all parties shall fully cooperate and execute any and all supplementary documents and take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this settlement; and it is further

**ORDERED**, that THOMAS JOHN STRINGER as father of T.S. is hereby directed, authorized, and empowered to execute and deliver general releases, discontinuances, and other papers and/or ancillary documents reasonably required to effectuate settlement.

**ORDERED,** Defendants shall pay the sums authorized within twenty-one (21) days of the execution of the parties' settlement and release agreement.

**ORDERED**, that the filing of a bond, or other security, is dispensed with.

           ENTER:

           *Robert M. Levy*
           ―――――――――――――――
           ~~U.S.D.J~~  USMJ

Order signed this  16  day of  June , 2025